1  JOHN E. PEER - State Bar No. 95978
*jpeer@woollspeer.com*
2  GREGORY B. SCHER - State Bar No. 137228
*gscher@woollspeer.com*
3  **WOOLLS & PEER**
A Professional Corporation
4  One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
5  Telephone:   (213) 629-1600
Facsimile:   (213) 629-1660
6
7  Attorneys for Plaintiff and Counterclaim-Defendant
CENTURY SURETY COMPANY

8

9  **UNITED STATES DISTRICT COURT**

10  **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| CENTURY SURETY COMPANY, | Case No.:  13CV1488-JM-JMA |
| Plaintiff, | Hon. Jeffrey T. Miller |
| v. | |
| CAL-REGENT INSURANCE SERVICES CORPORATION and STATE NATIONAL INSURANCE COMPANY, INC., | **CENTURY SURETY COMPANY'S OBJECTIONS TO DEFENDANT CAL-REGENT INSURANCE SERVICES CORPORATION'S PRE-TRIAL DISCLOSURES** |
| Defendants. | |
| CAL-REGENT INSURANCE SERVICES CORPORATION, | Filing Date:                6/27/13 |
| Counter-claimant, | Trial Date:                  3/21/16 |
| v. | Discovery Cut-off:      4/3/15 |
| CENTURY SURETY COMPANY, | Motion Filing Cut-off: 7/17/15 |
| Counter-Defendant. | |

23

24

25       Plaintiff and Counter-Defendant Century Surety Company ("Century") submits

26  the following Objections to Defendant Cal-Regent Insurance Services Corporation's

27  Pre-Trial Disclosures.

28

WOOLLS & PEER
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017

1

**OBJECTIONS TO DEFENDANT'S PRE-TRIAL DISCLOSURES**

474572.11

# I.   OBJECTIONS TO TRIAL EXHIBITS

| Exhibit | Objection |
|---|---|
| Exh. No. __: Century Surety's claims file showing Century Surety's handling of Brian Walderson's potential claim and State National's claim and Century Surety's bad faith in the handling of both claims. | The exhibit is insufficiently defined. The claim file is not a single document, but rather a compilation of many different documents. As a result, Plaintiff is unable to determine which document or documents Defendant intends to offer at trial, and is further unable to determine what other objections, if any, may exist. |
| Defendant's Exh. No. __: Century Surety's underwriting file showing Century Surety's handling of Brian Walderson's potential claim and State National's claim and Century Surety's bad faith in the handling of both claims. | The exhibit is insufficiently defined. The underwriting file is not a single document, but rather a compilation of many different documents. As a result, Plaintiff is unable to determine which document or documents Defendant intends to offer at trial, and is further unable to determine what other objections, if any, may exist. |
| Defendant's Exh. No. __: Vista Claims file relating to the lawsuit and claim by Brian Walderson against Sullivan Car Company. | The exhibit is insufficiently defined. The claim file is not a single document, but rather a compilation of many different documents. As a result, Plaintiff is unable to determine which document or documents Defendant intends to offer at trial, and is further unable to determine what other objections, if any, may exist. |
| Defendants Exh. No. __: Email correspondence between Richard | The exhibit is insufficiently defined. The "Email correspondence" is not |

WOOLLS & PEER
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017

2

**OBJECTIONS TO DEFENDANT'S PRE-TRIAL DISCLOSURES**

WOOLLS & PEER
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017

| | |
|---|---|
| Nagby and State National regarding the lawsuit and claim by Brian Walderson against Sullivan Car Company. | sufficiently identified so as to enable Plaintiff to determine which document or documents Defendant intends to offer at trial, or to determine what other objections, if any, may exist. |
| Defendants Exh. No. __: Plaintiff's Initial Rule 26.1 Disclosure Statement in the matter of Walderson v. State National Ins. Co., et al, Superior Court of State of Arizona, Maricopa County, Case Number CV2010-034067 | Hearsay; improper opinion. |
| Defendants Exh. No. __: April 24, 2012 letter from Burch & Cracchiolo and its attachment | Hearsay; improper opinion; foundation. |
| Defendants Exh. No. __: January 30, 2013 letter from Gruber, Hurst, Johansen, Hail, Shank to Century Surety Group. | Hearsay; relevance; improper opinion; foundation. |
| Defendants Exh. No. __: February 7, 2013 letter from Meagher & Greer to Gruber, Hurst, Johansen, Hail, Shank | Hearsay; relevance; improper opinion; foundation. |

## II.   OBJECTIONS TO DEPOSITION TESTINONY

| Deposition | Objection |
|---|---|
| 1.   Michael Burke | Insufficient designation to alert Plaintiff to the testimony being designated. |

3

OBJECTIONS TO DEFENDANT'S PRE-TRIAL DISCLOSURES

| | | |
|---|---|---|
| 2. | Anthony Modd | Insufficient designation to alert Plaintiff to the testimony being designated. |
| 3. | Traci McGuire | Insufficient designation to alert Plaintiff to the testimony being designated. |

DATED:  February 5, 2016

WOOLLS & PEER
A Professional Corporation


__/s/ Gregory B. Scher_____
JOHN E. PEER
GREGORY B. SCHER
Attorneys for Plaintiff and Counterclaim-Defendant
CENTURY SURETY COMPANY

WOOLLS & PEER
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017

4

**OBJECTIONS TO DEFENDANT'S PRE-TRIAL DISCLOSURES**

474572.11

**PROOF OF SERVICE**
Century Surety Company v. Cal-Regent Insurance Services Corporation, et al.
**Case No. 13-cv-1488-JM-JMA**

I, Kristy Ortega, declare:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Woolls & Peer, A Professional Corporation, One Wilshire Boulevard, 22nd Floor, Los Angeles, California 90017.  On February 5, 2016, I served the document(s) described as **CENTURY SURETY COMPANY'S OBJECTIONS TO DEFENDANT CVAL-REGENT INSURANCE SERVICES CORPORATION'S PRE-TRIAL DISCLOSURES** on the interested parties in this action as follows:

☐ By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:
SEE ATTACHED SERVICE LIST

☐   BY MAIL:  I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at One Wilshire Boulevard, 22nd Floor, Los Angeles, California 90017 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm.  Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at One Wilshire Boulevard, 22nd Floor, Los Angeles, California 90017.

☐   OVERNIGHT DELIVERY:  I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS   ☐ UPS    ☐ Overnight Delivery [specify name of service:        ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS ☐ UPS ☐ OVERNIGHT DELIVERY  [specify name of service:        ] authorized to receive documents at One Wilshire Boulevard, 22nd Floor, Los Angeles, California 90017 with delivery fees fully provided for.

☐   BY FACSIMILE:  I sent via facsimile a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☒   VIA ELECTRONIC SERVICE:  At the time of electronic filing, on February 5, 2016, a PDF copy of said document(s) was transmitted to the following addressee(s) on the attached service list through the court's CM/ECF electronic filing system to the email addresses which said addressee(s) had provided to the CM/ECF electronic filing program.

☐   [State]        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   [Federal]        I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 5, 2016, at Los Angeles, California.

_____
Kristy Ortega

459638.1

13-cv-1488-JM-JMA
PROOF OF SERVICE

WOOLLS & PEER
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017

**SERVICE LIST**

| | |
|---|---|
| Eric R. Ginder, Esq.<br>GINDER LAW GROUP<br>120 Tustin Ave., Ste. C-1095<br>Newport Beach, CA 92663 | Attorneys for Defendant/Counterclaimant<br>CAL-REGENT INSURANCE SERVICES<br>CORPORATION<br><br>Telephone: (949)287-5540 x 102<br>Facsimile: (949)287-4241<br>E-mail: eginder@lglawcon.com |
| Jeffrey S. Barron, Esq.<br>Gary A. Hamblet, Esq.<br>MORRIS POLICH & PURDY LLP<br>1055 West Seventh Street, 24th Floor<br>Los Angeles, CA 90017 | Attorneys for Defendant<br>STATE NATIONAL INSURANCE<br>COMPANY, INC.<br><br>Telephone: (213) 891-9100<br>Facsimile: (213) 488-1178<br>E-mail: GBarron@mpplaw.com<br>GHamblet@mpplaw.com |
| Mark E. Hellenkamp, Esq.<br>MORRIS POLICH & PURDY LLP<br>600 West Broadway, Suite 500<br>San Diego, California 92101 | Attorneys for Defendant<br>STATE NATIONAL INSURANCE<br>COMPANY, INC.<br><br>Telephone: (619) 557-0404<br>Facsimile: (619) 557-0460<br>E-mail: mhellenkamp@mpplaw.com |

13-cv-1488-JM-JMA
PROOF OF SERVICE

459638.1