Eric R. Ginder, Esq. SBN-181955
**GINDER LAW GROUP**
120 Tustin Ave., Ste. C-1095
Newport Beach, CA 92663
Office (949)287-5540 x 102
Fax (949)287-4241

Attorneys for Defendant,
**CAL-REGENT INSURANCE SERVICES CORPORATION**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, | ) CASE NO: 13-CV-1488 JM (JMA) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) **CAL-REGENT INSURANCE** |
| v. | ) **SERVICES CORPORATION'S** <br> ) **OBJECTION TO CENTURY** |
| CAL-REGENT INSURANCE SERVICES CORPORATION and STATE NATIONAL INSURANCE COMPANY, INC | ) **SURETY COMPANY'S PRE-TRIAL** <br> ) **DISCLOSURES** <br> ) <br> ) |
| Defendants. | ) |
| _____ | ) Complaint Filed: June 26, 2013 |
| CAL-REGENT INSURANCE SERVICES CORPORATION, | ) <br> ) Judge:     Hon. Jeffrey T. Miller <br> ) |
| Counterclaimant, | ) **Pre-Trial Conference: Feb. 19, 2016** |
| v. | ) <br> ) |
| CENTURY SURETY COMPANY, | ) <br> ) |
| Counterclaim-Defendant | ) |
| _____ | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Defendant and Counter-Claimant Cal-Regent submits the following objections to Plaintiff's Pre-Trial Disclosures:

- 1-

| | | |
|---|---|---|
| | **Evidentiary Objections** | |
| | Plaintiff's Exh. No. __:<br>Automobile Loss Notice (06/27/2008) | Hearsay; relevance; foundation. |
| | Plaintiff's Exh. No. __:<br>July 11, 2008 Denial Letter from Shari Oshima Allan | Hearsay; relevance; foundation. |
| | Plaintiff's Exh. No. __:<br>July 11, 2008 e-mail from Lora Tellefsen to Richard Nagby | Relevance |
| | Plaintiff's Exh. No. __:<br>July 14, 2008 email from Ron Jacobs to Nagby and David Cleff | Relevance |
| | Plaintiff's Exh. No. __:<br>July 14, 2008 email exchange between Jacobs and Nagby | Relevance |
| | Plaintiff's Exh. No. __:<br>Excerpt from State National Policy CR5-16696 | Foundation |
| | Plaintiff's Exh. No. __:<br>Excerpt from ISO form CA0005 (10/01) | Foundation |
| | Plaintiff's Exh. No. __:<br>Excerpt from ISO form CA0005 (03/06) | Foundation |
| | Plaintiff's Exh. No. __:<br>General Agency Agreement between Cal-Regent and State National | Relevance |
| | Plaintiff's Exh. No. __:<br>Reinsurance Agreement between Cal-Regent, State National, and Odyssey America Reinsurance Corp. | Relevance |
| | Plaintiff's Exh. No. __:<br>*Waldersen v. Sullivan* complaint (Dec. 29, 2008) | No objection |
| | Plaintiff's Exh. No. __:<br>January 26, 2009 letter from Robert Moore to Shari Oshima | Relevance; foundation |

| Exhibit | Objection |
|---|---|
| Plaintiff's Exh. No. __: February 2, 2009 Denial Letter from Vista Claims Services | Relevance; foundation |
| Plaintiff's Exh. No. __: July 27, 2009 Letter from Michael Tarpey to Oshima demanding $1,000,000 to settle *Waldersen v. Sullivan* | Relevance; foundation |
| Plaintiff's Exh. No. __: July 27, 2009 Letter from Robert Moore to Oshima demanding settlement | Relevance; foundation |
| Plaintiff's Exh. No. __: July 27, 2009 email from Oshima to Tellefsen | Relevance; foundation |
| Plaintiff's Exh. No. __: July 30, 2009 email from Tellefsen to Nagby; Cleff and Brett Mishket | Relevance |
| Plaintiff's Exh. No. __: July 31, 2009 e-mail from Nagby to Tellefsen | Relevance |
| Plaintiff's Exh. No. __: July 31, 2009 e-mail from Tellefsen retaining Brian Worthington | No objection |
| Plaintiff's Exh. No. __: August 5, 2009 Letter from Moore to Tellefsen | Relevance; foundation |
| Plaintiff's Exh. No. __: August 6, 2009 email from Tellefsen to Worthington, Nagby and Mishket | Relevance; foundation |
| Plaintiff's Exh. No. __: August 6, 2009 email from Worthington to Tellefsen, Nagby and Mishket | Foundation |
| Plaintiff's Exh. No. __: August 6, 2009 email from Tellefsen to Worthington | Relevance; foundation |
| Plaintiff's Exh. No. __: August 7, 2009 email from Worthington to Tellefsen | Relevance; foundation |
| Plaintiff's Exh. No. __: August 7, 2009 email from Worthington to Tellefsen | Relevance; foundation |
| Plaintiff's Exh. No. __: August 10, 2009 email from Tellefsen to Nagby and | Relevance; foundation |

**13-CV-1488 JM (JMA)**
CAL-REGENT INSURANCE SERVICES CORPORATION'S OBJECTION TO CENTURY SURETY COMPANY'S PRE-TRIAL DISCLOSURES

| | | |
|---|---|---|
| 1 | Worthington | |
| 2 | Plaintiff's Exh. No. __: August 10, 2009 4 emails between Nagby, Worthington and Tellefsen | Relevance; foundation |
| 3 4 | | |
| 5 6 | Plaintiff's Exh. No. __: August 10, 2009 Opinion Letter from Worthington to Tellefsen | No objection |
| 7 8 | Plaintiff's Exh. No. __: August 10, 2009 Letter from Worthington to Moore, et al. | Relevance; foundation |
| 9 10 | Plaintiff's Exh. No. __: December 29, 2009 Settlement Agreement in *Waldersen v.Sullivan* lawsuit | Relevance; foundation |
| 11 12 | Plaintiff's Exh. No. __: December 29, 2010 *Waldersen v. State National* complaint | Relevance; foundation |
| 13 14 | Plaintiff's Exh. No. __: January 21, 2011 Letter from Annalaura Miller to Nagby re *Waldersen v. State National* | Relevance; foundation |
| 15 16 | Plaintiff's Exh. No. __: May 16, 2011 email from Bryan Murphy to Nagby re draft msj | Relevance; foundation |
| 17 18 | Plaintiff's Exh. No. __: May 25, 2011, Cal-Regent Application for Century Surety policy | No objection |
| 19 20 | Plaintiff's Exh. No. __: Referral Criteria & Prohibited Classes | Relevance; improper opinion |
| 21 22 | Plaintiff's Exh. No. __: First Capital Quote | Relevance; foundation |
| 23 | Plaintiff's Exh. No. __: Century Surety policy CCP 707046 | No objection |
| 24 25 | Plaintiff's Exh. No. __: August 30, 2011 emails from Nagby to Clarissa Reiman and Tellefsen | Relevance; foundation |
| 26 28 | Plaintiff's Exh. No. __: October 12, 2011 Letter from Murphy to Nagby and Tellefsen | Relevance; foundation |

**13-CV-1488 JM (JMA)**
CAL-REGENT INSURANCE SERVICES CORPORATION'S OBJECTION TO CENTURY SURETY COMPANY'S PRE-TRIAL DISCLOSURES

| | | |
|---|---|---|
| 1 | Plaintiff's Exh. No. __:<br>April 16, 2012 email from Nagby to Richard Sanjaya | No objection |
| 2, 3 | Plaintiff's Exh. No. __:<br>April 17, 2012 emails between Nagby, Sanjaya, Joshua Collins, Laura Gookin, and Anthony Modd | Relevance; foundation |
| 4, 5 | Plaintiff's Exh. No. __:<br>April 19, 2012 email from Nagby to Century Surety | No objection |
| 6 | Plaintiff's Exh. No. __:<br>April 20, 2012 email from Modd to Nagby | No objection |
| 7, 8, 9 | Plaintiff's Exh. No. __:<br>April 24, 2012 Letter from Reiman to Modd forwarding the *Waldersen v. State National* bad faith complaint and summary judgment pleadings | No objection |
| 10 | Plaintiff's Exh. No. __:<br>Century Surety policy CCP 760083 | No objection |
| 11, 12 | Plaintiff's Exh. No. __:<br>May 31, 2012 Century reservation letter from Modd to Nagby | No objection |
| 13, 14 | Plaintiff's Exh. No. __:<br>August 2, 2012 emails between Modd and Nagby | No objection |
| 15, 16 | Plaintiff's Exh. No. __:<br>August 9, 2012 email From Kristin Gatherum to Nagby | No objection |
| 17, 18 | Plaintiff's Exh. No. __:<br>August 20, 2012 email exchange between Modd and Nagby | No objection |
| 19 | Plaintiff's Exh. No. __:<br>August 31, 2012 email from Bruno to Nagby | Relevance; foundation |
| 20 | Plaintiff's Exh. No. __:<br>September 18, 2012 email from Bruno to Nagby | Relevance; foundation |
| 21, 22, 23 | Plaintiff's Exh. No. __:<br>December 13, 2012 emails between Nagby and Traci McGuire | Relevance; foundation |
| 24, 25, 26 | Plaintiff's Exh. No. __:<br>December 14, 2012 emails between Nagby and McGuire | Relevance; foundation |
| 28 | Plaintiff's Exh. No. __:<br>January 18 13, 2013 email from Nagby to McGuire | Relevance; foundation |

**13-CV-1488 JM (JMA)**
CAL-REGENT INSURANCE SERVICES CORPORATION'S OBJECTION TO CENTURY SURETY COMPANY'S PRE-TRIAL DISCLOSURES

| | |
|---|---|
| Plaintiff's Exh. No. __: January 25, 2013 email from McGuire to Nagby | Relevance; foundation |
| Plaintiff's Exh. No. __: January 28, 2013 email from Nagby to McGuire | Relevance; foundation |
| Plaintiff's Exh. No. __: January 30, 2013 Letter from Michael Gruber to Century Surety | Relevance; foundation |
| Plaintiff's Exh. No. __: February 8, 2013 Letter from Thomas Crouch to Nagby | Relevance; foundation |
| Plaintiff's Exh. No. __: March 12, 2013 Settlement Agreement of *Waldersen v. State National and Vista* | Relevance; foundation |
| Plaintiff's Exh. No. __: August 1, 2013 *State National v. Cal-Regent* Complaint | No objection |
| Plaintiff's Exh. No. __: January 29, 2013 Declaration of Richard K. Nagby and attached exhibits from *Waldersen v. State National* lawsuit | Heresay; Mr. Nagby is not unavailable as a witness. |
| Plaintiff's Exh. No. __: Declaration of Lora Tellefsen and attached exhibits from *Waldersen v. State National* | Heresay; Ms. Tellefsen is not unavailable as a witness. |
| Plaintiff's Exh. No. __: Traci A. McGuire's Declaration summarizing all attorney fees and expenses Century Surety incurred in the defense of Cal-Regent in the Arizona Arbitration Proceeding with State National, and supporting documentation attached thereto | Improper testimony; Ms. McGuire is an employee of Century Surety and must offer her testimony in live fashion, subject to cross-examination |
| Plaintiff's Exh. No. __: Century Surety Check No. 898639 in the amount of $2,500,000 issued to State National Insurance Company in settlement of its claims against Cal-Regent. | No objection |
| ***3. Deposition Testimony*** <br> Plaintiff's Exh. No. __: Excerpts from Shari (Oshima) Allan's July 27, 2011 deposition in *Waldersen v. State National* lawsuit, including: pages 1, 2, 4:8-20; 11:4-12; 13:20-14:2; 15:22-24; 16:14- | Improper use of deposition testimony; Ms. Oshima is not unavailable as a witness. |

- 6 -

**13-CV-1488 JM (JMA)**
CAL-REGENT INSURANCE SERVICES CORPORATION'S OBJECTION TO CENTURY SURETY COMPANY'S PRE-TRIAL DISCLOSURES

| | |
|---|---|
| 17:1; 17:14-21; 18:9-18; 25:25-26:8; 40:2-12; 46:13-15; 69:5-16; 72:4-14; 90:13-23; 109:18-21; 152:17-25; 153:16-24; 157:3-5; 161:14-17. | |
| | |
| | |

DATED: February 5, 2016      **GINDER LAW GROUP**

/s/Eric Ginder

_____

ERIC R. GINDER

Attorneys for Defendant/Counterclaimant,

CAL-REGENT INSURANCE SERVICES CORPORATION

- 7 -

_____

**13-CV-1488 JM (JMA)**
CAL-REGENT INSURANCE SERVICES CORPORATION'S OBJECTION TO CENTURY SURETY COMPANY'S PRE-TRIAL DISCLOSURES

# DECLARATION OF SERVICE

1. I, the undersigned, declare that I am over the age of eighteen years and not a party to the action; I am employed in the County of Orange, California, in which county and within-mentioned mailing occurred; my business address is 120 Tustin Ave., Ste. C-1095, Newport Beach, CA 92663. On the date set forth below I served the following document(s) described as:

2. On the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows

| | |
|---|---|
| Gregory B. Scher, Esq.<br>WOOLLS & PEER<br>One Wilshire Building<br>624 South Grand Ave., 22nd Fl<br>Los Angeles, CA 90017<br>T: 213-629-1600<br>F: 213-629-1660<br>**BY PERSONAL SERVICE** | |

The documents were served by the following means (specify):

| | | |
|---|---|---|
| 3. | [ X ] | **BY MAIL:** I placed a true copy thereof in a separate envelope for each addressee as indicated.  It was deposited with the U.S. Postal Service on that same day and addressed to the below-listed parties; I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Escondido, California.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on the same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in the affidavit; |
| | [ ] | **BY FACSIMILE.**  I caused said document to be transmitted by facsimile transmission to the number indicated after the addresses noted above. |
| | [ ] | **BY PERSONAL SERVICE.**  I caused such envelope to be delivered by hand this date to the offices of the address, referenced above. |

- 8 -

**13-CV-1488 JM (JMA)**
CAL-REGENT INSURANCE SERVICES CORPORATION'S OBJECTION TO CENTURY SURETY COMPANY'S PRE-TRIAL DISCLOSURES

| [ ]   | **BY UNITED PARCEL SERVICE.** I caused such envelope to be delivered to UPS for overnight courier service to the offices of the addressees. |
|-------|---|
| [ x ] | **BY ELECTRONIC MAIL.** I hereby certify that I electronically transmitted the attached documents(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the above-listed CM/ECF registrants. |
| [ X ] | **FEDERAL.** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |

Executed on Date: **February 5, 2016** at Newport Beach, California.

**LENG CHAO**_____            _____
   (TYPE OR PRINT NAME OF                         (SIGNATURE OF DECLARANT)
          DECLARANT)

**13-CV-1488 JM (JMA)**
CAL-REGENT INSURANCE SERVICES CORPORATION'S OBJECTION TO CENTURY SURETY COMPANY'S PRE-TRIAL DISCLOSURES